IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:14cr306-MHT** |
| | ) | **(WO)** |
| **JOHN W. MITCHELL** | ) | |

**ORDER**

Because the complexity of the jury-selection process in this case, <u>see</u> orders entered on December 11, 2014 (doc. nos. 41 & 42), warrants a special setting for jury selection and trial (that is, one apart from a regular term with other cases set for jury selection and trial) and because, as a result, the ends of justice served by a continuance for this purpose outweigh the interests of the public and defendant John W. Mitchell in a speedy trial, it is ORDERED that the jury selection and trial, now set for August 31, 2015, are "specially reset" for a little over a week later, on September 8, 2015, at 10:00 a.m.

DONE, this the 12th day of December, 2014.

                                      /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**