IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:14cr306-MHT |
| | ) | (WO) |
| JOHN W. MITCHELL | ) | |

ORDER

It is ORDERED that the magistrate judge's three recommendations (doc. nos. 99, 100, & 101) are set for oral argument on May 20, 2015, at 2:00 p.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Any objections to the recommendations are still due by May 18, 2015.

DONE, this the 5th day of May, 2015.

                                                      /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE