IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       3:14cr306-MHT
                            )            (WO)
JOHN W. MITCHELL            )
```

ORDER

Upon consideration of the recommendation of the United States Magistrate Judge (doc. no. 101), the objections filed by defendant John W. Mitchell (doc. no. 118), and the representations made in open court on May 20, 2015; and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant John W. Mitchell's objections (doc. no. 118) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 101) is adopted.

(3) Defendant Mitchell's motion to dismiss on grounds of grand jury abuse (doc. no. 54) is denied.

DONE, this the 21st day of May, 2015.

                                                ___/s/ Myron H. Thompson____
                                                **UNITED STATES DISTRICT JUDGE**