IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )       3:14cr306-MHT
                            )           (WO)
JOHN W. MITCHELL            )
```

### ORDER

Based on the representations made in open court on May 20, 2015, it is ORDERED that the government's motion for supplemental disclosures pursuant to Rule 16(b)(1)(C) and alternative motion in limine to exclude testimony of Dr. Farrell Mendelsohn (doc. no. 82) are withdrawn at the government's request.

DONE, this the 21st day of May, 2015.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE