IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.       ) | 3:14cr306-MHT |
| ) | (WO) |
| JOHN W. MITCHELL      ) | |

## ORDER

Based on the representations, and by agreement of the parties, made in open court on May 20, 2015, it is ORDERED that defendant John W. Mitchell's third motion in limine (doc. no. 87) is granted to the extent that the government is limited to discussing the 10 procedures listed in the indictment, plus the 14 others--not mentioned in the indictment--that the government plans to use to prove a fraud scheme.

DONE, this the 21st day of May, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE