IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA    )
   )    CRIMINAL ACTION NO.
   v.    )    3:14cr306-MHT
   )    (WO)
JOHN W. MITCHELL    )

ORDER

Based on the representations made in open court on May 20, 2015, it is ORDERED that defendant John W. Mitchell's second motion in limine (doc. no. 86), with regard to a 1999 perforated-artery incident, is granted.

DONE, this the 21st day of May, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE