IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:14cr306-MHT |
| | ) | (WO) |
| JOHN W. MITCHELL | ) | |

## ORDER

Based on the representations made in open court on May 20, 2015, it is ORDERED that the government's motion in limine to allow demonstrative aids (doc. no. 83) is granted to the following extent:

(1) Fourteen days before jury selection, counsel for both the government and the defendant are to make available to each other the demonstrative aids that they plan to use at trial.

(2) Seven days before jury selection, counsel for both the government and the defendant are to file with the court any objections they may have to each other's proffered demonstrative aids.

(3) Six days before jury selection, counsel for both the government and the defendant are to attempt to resolve their objections.

(4) Five days before jury selection, counsel for both the government and the defendant are to file a jointly prepared report (a) as to which issues in the objections are resolved and which ones remain unresolved and (b), for each and every unresolved issue, setting forth in detail the position of each side.

(5) By agreement of the parties, the admitted demonstrative aids (unless the exhibits are admitted for reasons other than as demonstrative aids) are not to go back with the jury for use during deliberations.

DONE, this the 21st day of May, 2015.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**