IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:14cr306-MHT** |
| | ) | **(WO)** |
| **JOHN W. MITCHELL** | ) | |

**ORDER**

Based on the representations made in open court on May 20, 2015, it is ORDERED that defendant John W. Mitchell's fourth motion in limine (doc. no. 88), regarding whether defendant John W. Mitchell performed more stent procedures than other physicians did, is granted. Before the court will allow the government to introduce evidence of how many stent procedures defendant John W. Mitchell performed compared with how many stent procedures other doctors performed, the government must show why mere volumes (as opposed, for example, to comparative rates) are relevant.

DONE, this the 21st day of May, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**