IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
        v.                  )       3:14cr306-MHT
                            )           (WO)
JOHN W. MITCHELL            )
```

ORDER

Based on the representations made in open court on May 20, 2015, it is ORDERED that defendant John W. Mitchell's fifth motion in limine (doc. no. 89), regarding the breakup of a medical group, is granted.

DONE, this the 21st day of May, 2015.

___/s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE