IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:14cr306-MHT** |
| | ) | **(WO)** |
| **JOHN W. MITCHELL** | ) | |

**ORDER**

Based on the representations made on May 20, 2015, in open court, it is ORDERED that an evidentiary hearing will be held on the following four motions: defendant John W. Mitchell's first motion in limine (intravascular ultrasound (IVUS) and fractional flow reserve (FFR)) (doc. no. 85); defendant Mitchell's motion to exclude (Dr. Hirshfeld) (doc. no. 91); defendant Mitchell's motion to exclude (Dr. Kim) (doc. no. 92); and defendant Mitchell's motion to strike (government argument regarding Dr. Hirshfeld) (doc. no. 112).

Counsel for all parties are to meet with Courtroom Deputy Anthony Green and other court personnel to arrange for Drs. John Hirshfeld and Paul Kim to testify

**by videoconferencing, as soon as is reasonably possible, about the issues raised in these motions. The court understands that defendant Mitchell agrees to videoconferencing.**

**DONE, this the 22nd day of May, 2015.**

                                           /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**