IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       3:14cr306-MHT
                            )          (WO)
JOHN W. MITCHELL            )

ORDER

Based on the representations made in open court on May 20, 2015, it is ORDERED that the government's motion in limine to exclude evidence of specific acts of good conduct (doc. no. 90) is granted subject to the following: reconsideration of the motion at trial and with the understanding (1) that, should defendant John W. Mitchell seek to introduce evidence potentially subject to the motion at trial (as outlined in open court on May 20), he should seek a hearing outside the presence of the jury before introducing the evidence and (2) that, if the government anticipates the introduction of such evidence during trial (as outlined in open court on May 20), it should object before the

evidence is introduced and seek a hearing outside the

presence of the jury.

DONE, this the 22nd day of May, 2015.

_____ /s/ Myron H. Thompson _____
UNITED STATES DISTRICT JUDGE