IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:14cr306-MHT** |
| | ) | **(WO)** |
| **JOHN W. MITCHELL** | ) | |

### ORDER

Based on the representations made on May 20, 2015, in open court, it is ORDERED that an evidentiary hearing is set for June 10, 2015, at 9:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, on the following four motions: defendant John W. Mitchell's first motion in limine (intravascular ultrasound (IVUS) and fractional flow reserve (FFR)) (doc. no. 85); defendant Mitchell's motion to exclude (Dr. Hirshfeld) (doc. no. 91); defendant Mitchell's motion to exclude (Dr. Kim) (doc. no. 92); and defendant Mitchell's motion to strike (government argument regarding Dr. Hirshfeld) (doc. no. 112).

**Counsel for all parties are to meet with Chief Deputy Clerk Trey Granger, Courtroom Deputy Clerk Wanda Robinson, and other court personnel to arrange for Drs. John Hirshfeld and Paul Kim to testify by videoconferencing about the issues raised in these motions.  The court understands that defendant Mitchell agrees to videoconferencing.**

**DONE, this the 28th day of May, 2015.**

          /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**