IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        3:14cr306-MHT
                            )             (WO)
JOHN W. MITCHELL            )
```

### ORDER

Because of the length, complexity, and technological demands of this criminal case as well as the large number of lawyers involved, it is ORDERED as follows:

(1) On or before July 10, 2015, counsel for all parties are, along with the court's automation staff, personally to visit the Opelika Courthouse (a) to test the equipment there, in all respects, to make sure that it can do all that counsel want and (b) to test equipment the attorneys intend to bring themselves to make sure that it can be accommodated in that courtroom and will work. On or before July 14, 2015, counsel for all parties are to file with the court a joint report (with separate or joint comments) as to what they

themselves find, as well as the views of the automation people as to whether the electronic equipment will meet all the needs of counsel.  (Recently, the court learned that the monitors there did not allow annotations by witnesses and lawyers, but that should be fixed by July 6.  Counsel should check on this as well.)

(2)  On or before July 10, 2015, counsel for all parties are, along with the clerk of the court (or her representative) and the U.S. Marshal (or his representative), personally to visit the Opelika Courthouse to make sure that the courtroom will accommodate all electronic equipment to be used for demonstrative purposes; the defendant, all the lawyers, and all those who will be assisting them; and all court personnel, including security officers.  On or before July 14, 2015, counsel for all parties are to file a report, with a diagram, detailing where tables are to be located, where all electronic equipment (including the lectern and any monitors as well as all electronic

equipment that the attorneys may bring with them) is to be located, and where each person (the defendant and the lawyers and their assistants) is to be seated.  The clerk of the court and the U.S. Marshal are to approve the diagram layout before it is filed with the court.  If either counsel, the clerk of the court, or the U.S. Marshal should have concerns about whether the courthouse or the courtroom will accommodate everything, the joint report should note those concerns.

    DONE, this the 19th day of June, 2015.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE