IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        3:14cr306-MHT
                            )            (WO)
JOHN W. MITCHELL            )
```

### ORDER

By agreement of the parties made on the record on July 1, 2015, it is ORDERED that defendant John W. Mitchell's first motion in limine (doc. no. 85) is granted.

DONE, this the 17th day of August, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**