IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       3:14cr306-MHT
                            )           (WO)
JOHN W. MITCHELL            )
```

ORDER

As the grand jury has returned a superseding indictment (doc. no. 151), it is ORDERED that the government's motion to dismiss original indictment (doc. no. 190) is granted, and the original indictment (doc. no. 1) is dismissed.

DONE, this the 28th day of August, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**